948

No. 04–694. CHOMIC, PERSONAL REPRESENTATIVE OF THE ESTATE OF GORJUP, DECEASED v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–703. WASDEN, ATTORNEY GENERAL OF IDAHO, ET AL. v. PLANNED PARENTHOOD OF IDAHO, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–714. TRIPLE A FIRE PROTECTION, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 04–806. ARKANSAS v. JOLLY. Sup. Ct. Ark. Certiorari denied.

No. 04–822. AMMEX, INC. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–835. AG ROUTE SEVEN PARTNERSHIP ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–837. TARVER v. BO-MAC CONTRACTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–859. SPEKEN ET UX. v. MOORE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–860. AMMEX, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–972. SPIRKO v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–976. PPG INDUSTRIES, INC. v. NELSON, DBA JAMESTOWN GLASS SERVICE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–977. PAM CAPITAL FUNDING, L. P., ET AL. v. NATIONAL GYPSUM CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–981. TORO CO. v. WHITE CONSOLIDATED INDUSTRIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.